IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MELANISE NIXON,** | : |
| | : Case No. 2:22-cv-2481 |
| **Plaintiff,** | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge Deavers |
| **WBH CINCINNATI LLC,** *et al.*, | : |
| | : |
| | : |
| **Defendant.** | : |

## OPINION & ORDER

This matter comes before the Court on the Magistrate Judge's September 19, 2022 Report and Recommendation (ECF No. 6) recommending that this Court dismiss Plaintiff's Complaint (ECF No. 5) pursuant to § 1915(e)(2) for failure to state a claim on which relief may be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, as well as the right to appeal the decision of this Court adopting the Report and Recommendation. (ECF No. 6 at 8). This Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 6) and **DISMISSES** Plaintiff's Complaint (ECF No. 5). This case is hereby **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: February 10, 2023**